45908.   WEST et al. v. BAUMGARTNER.
45910, 45912.   WEST et al. v. PADGETT (two cases).

PANNELL, Judge. The Supreme Court on certiorari having held that this court "erred in affirming the denial of the defendants' motion for summary judgment" in each case, the judgments of affirmance are hereby vacated and judgments of reversal hereby entered in accordance therewith.

*Judgments reversed. All the Judges concur.*
DECIDED MARCH 8, 1972.

*Oliver, Maner & Gray, Thomas S. Gray, Jr., Bennet, Gilbert, Gilbert & Whittle, Wallace E. Harrell,* for appellants.
*Alton D. Kitchings,* for appellees.